United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MACADANGDANG AND
REULITA MACADANGDANG,

        Plaintiffs,

   v.

HSBC BANK USA, et al.,

        Defendants.
                          /

No. C 14-1431 MMC

**ORDER TO SHOW CAUSE**

      On June 27, 2014, counsel for plaintiffs failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action.  Counsel for defendants appeared.

      Accordingly, counsel for plaintiffs is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than July 9, 2014, why the case should not be dismissed for failure to prosecute.

      If counsel for plaintiffs fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

      **IT IS SO ORDERED**.

Dated: June 27,  2014

_____
MAXINE M. CHESNEY
United States District Judge