IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID MACADANGDANG and REULITA MACADANGDANG,

    Plaintiffs,

    v.

HSBC BANK USA, NATIONAL ASSOCIATION, et al.,

    Defendants.
_____/

No. C 14-1431 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

    The Court is in receipt of plaintiff's response, filed July 8, 2014, to the Order to Show Cause, issued June 27, 2014, in which response counsel for plaintiffs reiterates the information previously conveyed telephonically by a paralegal in counsel's office, i.e. that due to unspecified "scheduling conflicts," counsel had decided not to appear at the June 27, 2014 Case Management Conference and arranged to have "an attorney" appear in his stead, which attorney, in the late afternoon of the day prior to the conference, advised counsel he/she would not be available.  The response includes no information as to whether said attorney practices with plaintiff's counsel at the National Consumer Law Group, or the nature of his/her asserted unavailability, nor does counsel describe therein his efforts, if any, to obtain another attorney to appear on plaintiffs' behalf.  Nevertheless, the Court will accept counsel's explanation and discharge its Order to Show Cause.

    Further, in light of the pendency of defendant Bank of America, N.A.'s recently filed motion to dismiss, which motion is noticed for hearing August 29, 2014, the Court finds it

appropriate to reschedule the Case Management Conference for a date after the Court's determination of the issues raised by said filing.

Accordingly, for the reasons stated above:

1. The Order to Show Cause, issued June 27, 2014, is hereby DISCHARGED, and

2. The Case Management Conference is hereby RESCHEDULED for October 3, 2014; a Joint Case Management Statement shall be filed no later than September 26, 2014.

**IT IS SO ORDERED.**

Dated: July 18, 2014

MAXINE M. CHESNEY
United States District Judge